JACKSON W. LONG, ESQ. (145972)
Attorney at Law
2843 Hopyard Road, Suite 195
Pleasanton, CA 94588
Tel: 925-895-5386
jksnlaw@gmail.com

Attorney for Plaintiff
Sylvia Clifford

GAIL C. TRABISH, ESQ. (103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gtrabish@bjg.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SYLVIA CLIFFORD, | Case No. 5:15-cv-02714NC |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| vs. | |
| TARGET CORPORATION, | |
| Defendant. | Complaint Filed: April 2, 2015<br>[Santa Clara Superior Court Action No. 115CV278872] |

IT IS HEREBY STIPULATED by and between Plaintiff SYLVIA CLIFFORD by and through her attorney of record, Jackson W. Long., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that Plaintiff will dismiss, with prejudice, the entire action pursuant to F.R.C.P. 41(a)(1)(A)(ii), for a waiver of costs.

DATED: 8/1/15

_J.W. Long_
JACKSON W. LONG, ESQ.
Attorney for Plaintiff
SYLVIA CLIFFORD

-1-

**STIPULATION TO DISMISS AND [PROPOSED] ORDER** – Case No. 5:15-cv-02714 NC

1 | DATED: 7/8/15

2 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

4 | By: _____/s/ Gail C. Trabish_____
5 | GAIL C. TRABISH, ESQ.
Attorneys for Defendant
6 | TARGET CORPORATION

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: August 4, 2015

By: _____
NATHANAEL C. _____ JUDGE

**GRANTED**

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27649\694318

-2-
**STIPULATION TO DISMISS AND [PROPOSED] ORDER**– Case No. 5:15-cv-02714 NC